IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3144 |
| v. | ) | |
| | ) | |
| MARTERIS VONERIC GRAY, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

The defendant has filed a Motion for Bill of Particulars, filing 18, Motion to Produce List of Witnesses, filing 19, and Motion to Strike Alias, filing 20.

IT IS ORDERED: Trial of this case, currently set for December 4, 2006, is continued until further order following resolution of the pending motions.

DATED this 8th day of November, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge