```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
             Plaintiff,         )
                                )        4:06CR3144
        v.                      )
                                )
MARTERIS VONERIC GRAY,          )
                                )            ORDER
             Defendant.         )
                                )
```

   New counsel has entered an appearance for the defendant. Filing 31.

   IT THEREFORE HEREBY IS ORDERED,

   The motion of Jeffery R. Kirkpatrick to withdraw as counsel for the defendant, filing 33, is granted.

   DATED this 18th day of December, 2006.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge