IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )         4:06CR3144
        v.                      )
                                )
MARTERIS VONERIC GRAY,          )
                                )         ORDER
            Defendant.          )
                                )

        IT IS ORDERED:

        1.  Defendant's motion to continue trial, filing 37, is
granted and trial of this matter is continued to 9:00 a.m.,
May 21, 2007, for a duration of five trial days before the
Honorable Richard G. Kopf in Courtroom 1, United States
Courthouse and Federal Building, 100 Centennial Mall North,
Lincoln, Nebraska.  Jury selection will be held at commencement
of trial.

        2.  The ends of justice will be served by granting such a
motion, and outweigh the interests of the public and the
defendant in a speedy trial, and the additional time arising as a
result of the granting of the motion, the time between
January 12, 2007 and May 21, 2007 shall be deemed excludable time
in any computation of time under the requirements of the Speedy
Trial Act, for the reason that the parties require additional
time to adequately prepare the case, taking into consideration
due diligence of counsel, the novelty and complexity of the case,
and the fact that the failure to grant additional time might
result in a miscarriage of justice.
18 U.S.C. § 3161(h)(8)(A) & (B).

        DATED this 12th day of January, 2007.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge