IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARTERIS VONERIC GRAY, )<br>)<br>Defendant. )<br>) | 4:06CR3144<br><br>ORDER |

IT IS ORDERED:

The motion of Franklin E. Miner, counsel for the defendant, to withdraw, filing 40, is granted.

DATED this 23rd day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge