IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:06CR3144 |
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MARTERIS VONERIC GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has been advised that the defendant requests permission to enter a plea of guilty.  The Court is further advised that the defendant will consent to Judge Piester conducting the hearing on the plea of guilty.

IT IS ORDERED that:

The oral motion of defendant is granted and,

1.   This case, insofar as it concerns this defendant, is removed from the trial docket based upon the request of the defendant.

2.   A hearing on the defendant's anticipated plea of guilty is scheduled before Magistrate Judge Piester on the 20th day of September, 2007, at the hour of 11:00 a.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

3.   On or before the date set for the plea proceeding, counsel for plaintiff and for defendant shall provide to the assigned probation officer their respective versions of the offense for purposes of preparing the presentence investigation report.

4.   The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and the anticipated plea of guilty, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that

defendant's counsel requires additional time to adequately
prepare the case, taking into consideration due diligence of
counsel, the novelty and complexity of the case, and the fact
that the failure to grant additional time might result in a
miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

5.   Defendant shall appear for this hearing.

6.   Defendant's motion to continue trial, filing 51, is denied as
     moot.

Dated: August 22, 2007.

                              BY THE COURT:

                              s/ David L. Piester
                              United States Magistrate Judge

-2-