IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:06CR3144 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARTERIS VONERIC GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant,

IT IS ORDERED that the hearing on the defendant's anticipated plea of guilty is rescheduled before the undersigned to 4:30 p.m. on October 17, 2007, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska.

October 16, 2007.            BY THE COURT:

                             s/ *Richard G. Kopf*
                             United States District Judge