IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3144 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARTERIS VONERIC GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of defense counsel, and due to his hospitalization,

IT IS ORDERED that the defendant's sentencing is continued to Wednesday, January 30, 2008, at 1:00 p.m. before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

January 7, 2008.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge