IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3144 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARTERIS VONERIC GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     The government's brief in opposition to motion for modification for reduction of sentence pursuant to 18 U.S.C. § 33582(c)(2) (filing 82) is granted.

(2)     The defendant's motion for reduction of sentence pursuant to F.R.C.P. 18 U.S.C. § 3582(c)(2) (filing 80) is denied.

(3)     The Clerk shall provide a copy of this order to Mr. Gray, Federal Public Defender Dave Stickman, and AUSA Sara Fullerton.

May 19, 2008.                    BY THE COURT:

                        s/ *Richard G. Kopf*
                        United States District Judge