IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3144 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARTERIS VONERIC GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Federal Public Defender David R. Stickman's motion to withdraw (filing 85) is granted.

June 9, 2008.                BY THE COURT:

                             s/ *Richard G. Kopf*
                             United States District Judge