IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3144 |
| | ) | |
| Plaintiff | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MATERIS VONERIC GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to F.R.A.P. 24(a), and construing the papers liberally,

IT IS ORDERED that:

1. Defendant's motion to proceed in forma pauperis on appeal (filing 92) is granted;

2. The clerk is directed to process the appeal and to provide a copy of this order to the United States Court of Appeals for the Eighth Circuit.

June 23, 2008.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge