IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3144 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MARTERIS VONERIC GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the plaintiff shall file a response to the defendant's motion to terminate supervised release (filing 109) on or before April 2, 2015.

    Dated March 23, 2015.

                                        BY THE COURT:

                                        *Richard G. Kopf*
                                        Senior United States District Judge